IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-250 |
| 72.260 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND FRIENDS OF WILDLIFE CORRIDOR, A TEXAS NONPROFIT CORPORATION, | § § § § § § § § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1. This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3. The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4. The public purpose for which said interest in property is taken is set forth in Schedule "B."

5. The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6. The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7. The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8. The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:  *s/ Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
E-mail: jimmy.rodriguez2@usdoj.gov
Attorney-in-Charge for Plaintiff

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
E-mail: jimmy.rodriguez2@usdoj.gov
Attorney-in-Charge for Plaintiff

Page **3** of **3**
*ROE Complaint*

# SCHEDULE A

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acres: 72.260

As Identified in the Warranty Deed, Document 2011-2263808, recorded December 9, 2011 in the deed records of Hidalgo County:

A TRACT OF LAND CONTAINING 72.26 ACRES, MORE OR LESS BEING THAT PART OF THE WEST 1/2 OF PORCION 45 LYING SOUTH OF MISSOURI PACIFIC RAILROAD RIGHT OF WAY, NORTH OF U. S. FISH AND WILDLIFE SERVICE 700.501 ACRE SURVEY NO. 434, TOGETHER WITH A STRIP OF LAND OUT OF THE WEST 1/2 OF THE EAST 1/2 OF SAID PORCION 45 AND BEING OUT OF LOTS 48 AND 49 OF THE RESURVEY AND SUBDIVISION OF PORCION 45, ALSO KNOWN AS THE J. E. VAN RIPER SURVEY, HIDALGO COUNTY, TEXAS AS PER MAP OR PLAT THEREOF RECORDED IN VOL. 0 PG. 8 & 9 MAP RECORDS, HIDALGO COUNTY TEXAS. SAID TRACT BEING OUT OF A 80.68 AC. TRACT, A 52.53 AC. TRACT AND A 79.84 AC. TRACT, MORE OR LESS, WHICH WERE CONVEYED TO CROW GRAVEL COMPANY IN WARRANTY DEED DATED JANUARY 31, 1971, RECORDED IN VOLUME 1358, PG. 530, DEED RECORDS HIDALGO COUNTY TEXAS.

BEGINNING at an iron rod w/MF cap set at the intersection of the west line of Porcion 45 with the South right of way line of 100 foot Missouri Pacific Railroad right of way, for the Northwest corner of the following described tract of land;

THENCE, with the South line of said Missouri Pacific Railroad right of way, South 66 Deg. 14 Min. 53 Sec. East, 2595.29 feet to an iron rod with MF cap set, for an angle point in the North line hereof;

THENCE, continuing with the South line Missouri Pacific Rail Road right of way, South 66 Deg. 48 Min. 07, Sec. East, 67.64 feet to an iron rod w/MF cap set iron at the Northwest corner of a 1.0 acre tract of land previously conveyed by deed Doc. No. 204292, for the most Westerly Northeast corner hereof;

THENCE, with the West line of said 1.0 acre tract, South 09 Deg. 05 Min. 27 Sec. West (deed South 9 Deg. 06 Min. 21 Sec. West), at 215.74 feet pass an iron rod on the North line of Old Military Road and at 246.21 feet to a PK nail set at the Southwest corner of said 1.0 acre, tract for an interior corner hereof;

THENCE, with the South line of said 1.0 acre tract, in 60 foot Old Military road, South 79 Deg. 00 Min. 03 Sec East, 194.17 feet to an iron rod found at the Southeast corner of the 1.0 acre tract, for the most Easterly Northeast corner hereof, said point located on a west line U. S. Fish And Wildlife Survey, Tract No. 434;

THENCE, with the East line of the West ½ of the East ½ of Porcion 45 and West line of said U.S. Fish and Wildlife Survey No. 434, South 09 Deg. 05 Min. 27 Sec. West (deed South 9 Deg. 06 Min 24 Sec West), 30.94 feet to a found rod at U.S. Fish and Wildlife monument No. 49, for the most Easterly Southeast corner hereof;

THENCE, with a North line of said U.S. Fish and Wildlife tract No.434, North 80 Deg. 54 Min 33 Sec. West (North 80 Deg. 53 Min. 36 Sec. West Map) 300.0 feet to found corner monument No. 48, U.S. Fish and Wildlife Service tract No.434, for an angle point in the most Easterly South line hereof;

THENCE, continue with a North line of U.S. Fish and Wildlife Survey tract No. 434, North 65 Deg. 54 Min. 33 Sec. West (map, North 65 Deg. 53 Min. 36 Sec. West) 645.48 feet to a found corner monument No. 47 of said U.S. Fish and Wildlife tract No. 434, for an interior corner hereof;

THENCE, with a West line of U.S. Fish and Wildlife Service tract No. 434, South 09 Deg. 05 Min. 27 Sec. West (map, South 09 Deg. 06 Min. 24 Sec. West) 1194.64 feet to a found corner monument No. 46 of said U.S. Fish and Wildlife Service Survey# 434, for the middle Southeast corner hereof;

THENCE, with a North line of the U.S. Fish and Wildlife Survey, North 80 Deg. 55 Min. 44 Sec. West (map, North 80 Deg. 54 Min. 47 Sec. West) 923.48 feet to a found corner monument no. 45 U. S. Fish and Wildlife Service tract no. 434, for the most Easterly Southwest corner hereof;

THENCE, with an East line of said U.S. Fish and Wildlife Service Tract #434 and East line of the West ½ of the West ½ of Porcion 45, North 09 Deg. 05 Min. 27 Sec. East (map, North 9 Deg. 06 Min. 24 Sec. East), 427.55 feet to a found ½ pipe at a Northeast corner of said U.S. Fish and Wildlife Service tract No. 44, for an interior corner hereof;

THENCE, with the most Westerly North line of the U.S. Fish and Wildlife Service tract no.434, South 86 Deg. 53 Min. 42 Sec. West (map, South 86 Deg. 54 Min. 39 Sec. West), 944.80 feet to a found corner monument no. 43 at the Northwest corner of tract No. 434, for the Southwest corner hereof, said point located on the West line of Porcion No. 45;

THENCE, with the West line of Porcion 45, North 09 Deg. 05 Min. 27 Sec. East (map, North 09 Deg. 06 Min. 24 Sec. East), 1756.88 feet, the POINT OF BEGINNING containing 72.26 Acres of land more or less, of which 1.46 Acre lies in old Military Road (status unknown).

# SCHEDULE D

# SCHEDULE D

# MAP or PLAT



**LAND TO BE CONDEMNED**

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acreage: 72.260

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acres: 72.260

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## SCHEDULE F

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Friends of the Wildlife Corridor, a Texas Nonprofit Corporation** <br><br> Alamo, TX 78516 | Warranty Deed, Document 2011-2263808, recorded December 9, 2011 in the deed records of Hidalgo County |
| c/o Sharon Slagle, Registered Agent <br><br> Alamo, TX 78516 | Texas Secretary of State, Business Organizations Inquiry, Filing Number 147052701 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ❏ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE                                          SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____