# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acres: 72.260

As Identified in the Warranty Deed, Document 2011-2263808, recorded December 9, 2011 in the deed records of Hidalgo County:

A TRACT OF LAND CONTAINING 72.26 ACRES, MORE OR LESS BEING THAT PART OF THE WEST 1/2 OF PORCION 45 LYING SOUTH OF MISSOURI PACIFIC RAILROAD RIGHT OF WAY, NORTH OF U. S. FISH AND WILDLIFE SERVICE 700.501 ACRE SURVEY NO. 434, TOGETHER WITH A STRIP OF LAND OUT OF THE WEST 1/2 OF THE EAST 1/2 OF SAID PORCION 45 AND BEING OUT OF LOTS 48 AND 49 OF THE RESURVEY AND SUBDIVISION OF PORCION 45, ALSO KNOWN AS THE J. E. VAN RIPER SURVEY, HIDALGO COUNTY, TEXAS AS PER MAP OR PLAT THEREOF RECORDED IN VOL. 0 PG. 8 & 9 MAP RECORDS, HIDALGO COUNTY TEXAS. SAID TRACT BEING OUT OF A 80.68 AC. TRACT, A 52.53 AC. TRACT AND A 79.84 AC. TRACT, MORE OR LESS, WHICH WERE CONVEYED TO CROW GRAVEL COMPANY IN WARRANTY DEED DATED JANUARY 31, 1971, RECORDED IN VOLUME 1358, PG. 530, DEED RECORDS HIDALGO COUNTY TEXAS.

BEGINNING at an iron rod w/MF cap set at the intersection of the west line of Porcion 45 with the South right of way line of 100 foot Missouri Pacific Railroad right of way, for the Northwest corner of the following described tract of land;

THENCE, with the South line of said Missouri Pacific Railroad right of way, South 66 Deg. 14 Min. 53 Sec. East, 2595.29 feet to an iron rod with MF cap set, for an angle point in the North line hereof;

THENCE, continuing with the South line Missouri Pacific Rail Road right of way, South 66 Deg. 48 Min. 07, Sec. East, 67.64 feet to an iron rod w/MF cap set iron at the Northwest corner of a 1.0 acre tract of land previously conveyed by deed Doc. No. 204292, for the most Westerly Northeast corner hereof;

THENCE, with the West line of said 1.0 acre tract, South 09 Deg. 05 Min. 27 Sec. West (deed South 9 Deg. 06 Min. 21 Sec. West), at 215.74 feet pass an iron rod on the North line of Old Military Road and at 246.21 feet to a PK nail set at the Southwest corner of said 1.0 acre, tract for an interior corner hereof;

THENCE, with the South line of said 1.0 acre tract, in 60 foot Old Military road, South 79 Deg. 00 Min. 03 Sec East, 194.17 feet to an iron rod found at the Southeast corner of the 1.0 acre tract, for the most Easterly Northeast corner hereof, said point located on a west line U. S. Fish And Wildlife Survey, Tract No. 434;

THENCE, with the East line of the West ½ of the East ½ of Porcion 45 and West line of said U.S. Fish and Wildlife Survey No. 434, South 09 Deg. 05 Min. 27 Sec. West (deed South 9 Deg. 06 Min 24 Sec West), 30.94 feet to a found rod at U.S. Fish and Wildlife monument No. 49, for the most Easterly Southeast corner hereof;

THENCE, with a North line of said U.S. Fish and Wildlife tract No.434, North 80 Deg. 54 Min 33 Sec. West (North 80 Deg. 53 Min. 36 Sec. West Map) 300.0 feet to found corner monument No. 48, U.S. Fish and Wildlife Service tract No.434, for an angle point in the most Easterly South line hereof;

THENCE, continue with a North line of U.S. Fish and Wildlife Survey tract No. 434, North 65 Deg. 54 Min. 33 Sec. West (map, North 65 Deg. 53 Min. 36 Sec. West) 645.48 feet to a found corner monument No. 47 of said U.S. Fish and Wildlife tract No. 434, for an interior corner hereof;

THENCE, with a West line of U.S. Fish and Wildlife Service tract No. 434, South 09 Deg. 05 Min. 27 Sec. West (map, South 09 Deg. 06 Min. 24 Sec. West) 1194.64 feet to a found corner monument No. 46 of said U.S. Fish and Wildlife Service Survey# 434, for the middle Southeast corner hereof;

THENCE, with a North line of the U.S. Fish and Wildlife Survey, North 80 Deg. 55 Min. 44 Sec. West (map, North 80 Deg. 54 Min. 47 Sec. West) 923.48 feet to a found corner monument no. 45 U. S. Fish and Wildlife Service tract no. 434 , for the most Easterly Southwest corner hereof;

THENCE, with an East line of said U.S. Fish and Wildlife Service Tract #434 and East line of the West ½ of the West ½ of Porcion 45, North 09 Deg. 05 Min. 27 Sec. East (map, North 9 Deg. 06 Min. 24 Sec. East), 427.55 feet to a found ½ pipe at a Northeast corner of said U.S. Fish and Wildlife Service tract No. 44, for an interior corner hereof;

THENCE, with the most Westerly North line of the U.S. Fish and Wildlife Service tract no.434, South 86 Deg. 53 Min. 42 Sec. West (map, South 86 Deg. 54 Min. 39 Sec. West), 944.80 feet to a found corner monument no. 43 at the Northwest corner of tract No. 434, for the Southwest corner hereof, said point located on the West line of Porcion No. 45;

THENCE, with the West line of Porcion 45, North 09 Deg. 05 Min. 27 Sec. East (map, North 09 Deg. 06 Min. 24 Sec. East), 1756.88 feet, the POINT OF BEGINNING containing 72.26 Acres of land more or less, of which 1.46 Acre lies in old Military Road (status unknown).

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



### LAND TO BE CONDEMNED

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acreage: 72.260

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-MCS-1215
Owner: Friends of the Wildlife Corridor, a Texas Nonprofit Corporation
Acres: 72.260

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Friends of the Wildlife Corridor, a Texas Nonprofit Corporation**<br><br>█████████<br><br>Alamo, TX 78516<br><br><br>c/o Sharon Slagle, Registered Agent<br><br>█████████<br><br>Alamo, TX 78516 | Warranty Deed, Document 2011-2263808, recorded December 9, 2011 in the deed records of Hidalgo County<br><br><br><br><br>Texas Secretary of State, Business Organizations Inquiry, Filing Number 147052701 |