IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> 72.260 ACRES OF LAND, MORE OR § <br> LESS SITUATE IN HIDALGO COUNTY, § <br> STATE OF TEXAS; AND FRIENDS OF § <br> WILDLIFE CORRIDOR, A TEXAS § <br> NONPROFIT CORPORATION, § <br> § <br> *Defendants.* § | CASE NO. 7:19-CV-250 |

---

## NOTICE OF AMENDED SCHEDULE A
---

The Plaintiff, United States of America ("United States"), pursuant to the Court's Order (Dkt. No. 17), entered on December 31, 2019, hereby submits Amended Schedule A of the Complaint in Condemnation (Dkt. No. 1), Declaration of Taking (Dkt. No. 3) and Notice of Condemnation (Dkt. No. 2).

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8004
Facsimile:  (956) 618-8016

E-mail: Hilda.Garcia.Concepcion@usdoj.gov
Attorney for Plaintiff

**JIMMY A. RODRIGUEZ**
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
E-mail: jimmy.rodriguez2@usdoj.gov
Attorney-in-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF AMENDED SCHEDULE A was served via the District ECF system on all counsel of record on January 7, 2020.

*s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney