IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:19-CV-250 |
| | § | |
| 72.260 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND FRIENDS OF WILDLIFE CORRIDOR, A TEXAS NONPROFIT CORPORATION, | § § § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the "Joint Motion for Order Establishing Distribution of Funds on Deposit in the Registry of the Court, And Closing Case" for Tract RGV-MCS-1215 filed by the United States of America and Defendant, Friends of Wildlife Corridor. The parties agree that the just compensation as to Tract RGV-MCS-1215 ("Subject Property") is $100 and now seek an order: (1) to disburse the just compensation; and (2) closing this case on the Court's docket.

### I.   BACKGROUND

1. This case was commenced on July 23, 2019, with the United States seeking 12 month temporary assignable easement for survey in the property identified as Tract RGV-MCS-1215.[1] On August 5, 2019, the United States deposited one hundred dollars ($100) with the Registry of the Court as estimated just compensation.[2]

---

[1] *See* Dkt. Nos. 1 & 2.
[2] *See* Dkt. No. 6.

## II. STIPULATION AND JUDGMENT

2. The United States and Defendant Friends of Wildlife Corridor now jointly request an Order to disburse the one hundred dollars ($100) just compensation for Tract RGV-MCS-1215 in this action, and agree this is in full satisfaction of any claim of whatsoever nature by Defendant against the United States for the institution and prosecution of the above-captioned action. The parties request an Order closing the case on this Court's docket. Defendant warrants that it is the owner of the Subject Property; (b) that it has the exclusive right to the compensation, herein; excepting the interests of parties having liens, leases, encumbrances of record, and unpaid taxes and assessments, if any; and (c) that no other party in this case is entitled to the same or any part thereof by reason of any unrecorded agreement.[3]

3. The parties seek immediate disbursement of the funds on deposit in the Registry of the Court and have agreed that the funds should be disbursed as follows:

    i.    One hundred dollars and 00/100 ($100.00) to Friends of Wildlife Corridor, with accrued interest from the date of deposit.

4. Based on the foregoing, the Court finds that just compensation has been established. Final judgment is hereby entered against the United States in the amount of one hundred dollars and 00/100 ($100.00), along with any accrued interest. This sum is in full satisfaction of any claims whatsoever by Defendant against the United States for the institution and prosecution of the above-captioned action.

---

[3] *See* Dkt No. 22 at p. 2, ¶ 4.

### III. HOLDING

The Court **ORDERS** the Clerk of Court to **DISBURSE** the total sum of one hundred dollars and 00/100 ($100.00)**, along with any accrued interest earned thereon while on deposit**, payable by check as follows:

   i.   One Hundred dollars and 00/100 ($100.00) to Friends of Wildlife Corridor, with accrued interest from the date of deposit.

**IT IS HEREBY ORDERED** that this case be DISMISSED and CLOSED on the Court's docket.

IT IS SO ORDERED.

DONE at McAllen, Texas, this ___ day of _____, 2020.

_____
**Micaela Alvarez**
United States District Judge